# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# No. 5:24-cv-00477

| | |
|---|---|
| **PERDUE FARMS INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **JULIE SU**, in her official capacity as Acting Secretary of the U.S. Department of Labor, et al., <br><br> Defendants. | **MOTION FOR PRELIMINARY INJUNCTION** |

## PLAINTIFF PERDUE FARMS INC.'S
## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Perdue Farms Inc. ("Perdue") respectfully moves this Court for a preliminary injunction to enjoin unconstitutional administrative proceedings against Perdue pending in the Office of Administrative Law Judges ("OALJ") of the United States Department of Labor ("DOL") pursuant to Federal Rule of Civil Procedure 65. The preliminary injunction should be entered against Defendants Julie Su, in her official capacity as Acting Secretary of Labor; Pamela Kultgen, in her official capacity as an Administrative Law Judge in the OALJ; DOL; and OALJ. In support of this motion, Perdue submits incorporates its Memorandum of Law filed simultaneously with its motion.

Dated: August 20, 2024

Respectfully submitted,

/s/ Margaret Santen
Margaret Santen
N.C. Bar No. 52927
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
704-405-3119
maggie.santen@ogletree.com

1

/s/ Vanessa N. Garrido
Vanessa N. Garrido
N.C. Bar No. 53470
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
919-789-3194
vanessa.garrido@ogletree.com

*Local Civil Rule 83.1(d) Attorneys for Plaintiff*

Roger A. Colaizzi (notice of special appearance to be filed)
Kristin M. Koger (notice of special appearance to be filed)
Venable LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
02-344-4000
202-344-8300 (fax)
rcolaizzi@venable.com
kmkoger@venable.com

Mitchell Y. Mirviss (notice of special appearance to be filed)
Venable LLP
750 E. Pratt St., Suite 900
Baltimore, MD 21202
410-244-7400
410-244-7742 (fax)
mymirviss@venable.com

*Counsel for Plaintiff Perdue Farms Inc.*