UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-cv-00477-BO-RJ

| | |
|---|---|
| PERDUE FARMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JULIE SU, in her official capacity as Acting Secretary of the United States Department of Labor, <br><br> PAMELA KULTGEN, in her official capacity as an Administrative Law Judge of the United States Department of Labor, <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR, <br><br> *and* <br><br> CRAIG WATTS, <br><br> Defendants. | **ORDER GRANTING MOTION TO APPEAR REMOTELY AT JANUARY 17, 2025 HEARING** |

This matter is before the Court upon Defendant Watts' Consent Motion to Appear Remotely at January 17, 2025 Hearing (the "Motion"). The Court, having reviewed the Motion, finds good cause exists to grant the relief requested therein.

It is therefore ordered that Thad M. Guyer, Stephani L. Ayers, and other counsel for Defendant Watts are permitted to appear remotely via video teleconference technology at the hearing scheduled for January 17, 2025, at 11:00 a.m.

IT IS SO ORDERED THIS __15__ day of __Jan__, 2025.

_Terence Boyle_
United States District Judge