# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **PERDUE FARMS INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **JULIE SU**, in her official capacity as Acting Secretary of the U.S. Department of Labor, et al., <br><br> Defendants. | **Case No. 5:24-cv-00477-BO-RJ** |

## PLAINTIFF PERDUE FARMS INC.'S
## NOTICE OF APPEAL

Notice is hereby given that the above-named plaintiff, Perdue Farms Inc., hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order entered on January 29, 2025 (ECF No. 43), denying Plaintiff's Motion for Preliminary Injunction.

Dated: January 31, 2025                    Respectfully submitted,

                                                  */s/ Margaret Santen*
                                       Margaret Santen
                                       N.C. Bar No. 52927
                                       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                       201 South College Street, Suite 2300
                                       Charlotte, NC 28244
                                       704-405-3119
                                       maggie.santen@ogletree.com

Vanessa N. Garrido
N.C. Bar No. 53470
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
919-789-3194
vanessa.garrido@ogletree.com

*Local Civil Rule 83.1(d) Attorneys for Plaintiff*


      */s/ Kristin M. Koger*
Kristin M. Koger
Roger A. Colaizzi
Venable LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
202-344-4000
202-344-8300 (fax)
rcolaizzi@venable.com
kmkoger@venable.com

      */s/ Mitchell Y. Mirviss*
Mitchell Y. Mirviss
Venable LLP
750 E. Pratt St., Suite 900
Baltimore, MD 21202
410-244-7400
410-244-7742 (fax)
mymirviss@venable.com

*Counsel for Plaintiff Perdue Farms Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 31, 2025, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to counsel of record, including:

Andrew J. Rising
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12520
Washington, DC 20005
Andrew.J.Rising@usdoj.gov

*Counsel for the Government Defendants*

Elisabeth R. Connell
Government Accountability Project
1612 K St., N.W., Suite 808
Washington, DC 20006 P: 202-449-6040
elisabethc@whistleblower.org

Gary W. Jackson
Law Offices of James Scott Farrin
555 S. Magnum Street, Suite 800
Durham, NC 27701
gjackson@farrin.com

*Counsel for Defendant Craig Watts*

                                                         */s/ Margaret Santen*
                                                       Margaret Santen

3

Case 5:24-cv-00477-BO-RJ    Document 44    Filed 01/31/25    Page 3 of 3