FILED: February 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1105 (L)
(5:24-cv-00477-BO-RJ)

_____

PERDUE FARMS INCORPORATED

        Plaintiff - Appellant

v.

JULIE A. SU, in her official capacity as Acting Secretary of the United States Department of Labor; PAMELA KULTGEN, in her official capacity as an Administrative Law Judge of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR; CRAIG WATTS

        Defendants - Appellees

_____

No. 25-1106
(5:24-cv-00594-BO-RJ)

_____

PERDUE FARMS INCORPORATED

        Plaintiff - Appellant

v.

JULIE A. SU, in her official capacity as Acting Secretary of the United States Department of Labor; PAMELA KULTGEN, in her official capacity as an Administrative Law Judge of the United States Department of Labor; UNITED

STATES DEPARTMENT OF LABOR; THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR; RUDY HOWELL

    Defendants - Appellees

---

O R D E R

---

  The court consolidates Case No. 25-1105 (L) and Case No. 25-1106. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

          For the Court--By Direction

          /s/ Nwamaka Anowi, Clerk