IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

Civil Action No. 5:24-cv-00477-BO

**PERDUE FARMS INC.**,

        Plaintiff,

v.

**LORI CHAVEZ-DEREMER**, in her official capacity as Secretary of the United States Department of Labor, *et al.*,

        Defendants.

## [PROPOSED] ORDER

Upon consideration of the Defendant Watts' opposition to Plaintiff's motion for summary judgment, and Defendant Watts' cross-motion for summary judgment, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**, and the Defendant Watts' cross-motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____ , 2025

        _____
        HON. TERRENCE W. BOYLE
        United States District Judge