UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION

Civil Action No. 5:24-cv-00477-BO

**PERDUE FARMS INC.,**

    Plaintiff,

v.

**LORI CHAVEZ-DEREMER**,[1] in her official capacity as Secretary of the United States Department of Labor, *et al.*,

    Defendants.

## DEFENDANT CRAIG WATTS' CROSS-MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF

Pursuant to Local Rule 7.1 and Federal Rules of Civil Procedure 56, the Defendant Watts respectfully cross-moves for summary judgment against Plaintiff. The grounds for this cross-motion are set forth in the accompanying memorandum.

Dated: March 12, 2025

    Respectfully Submitted,

    /s/ *Stephani L. Ayers*

    Stephani L. Ayers Washington State Bar #31610
    GOVERNMENT ACCOUNTABILITY PROJECT
    1612 K St., N.W., Suite 808
    Washington, DC 20006
    P: (813) 382-7865
    stephani@whistleblowerdefenders.com

    Attorneys for Defendant Craig Watts

    */s/Gary W. Jackson*
    Gary W. Jackson
    Law Offices of James Scott Farrin
    555 S. Mangum Street, Suite 800
    Durham, NC 27701

1

Phone: (919) 688-4991
gjackson@farrin.com
N.C. Bar No. 13976
Local Civil Rule 83.1(d) Attorney for Defendant Craig Watts

---

[1] Julie Su has been substituted with Lori Chavez-DeRemer as Secretary of the United States Department of Labor, pursuant to Federal Rule of Civil Procedure 25(d).